IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAY LOVE, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-97-1105 |
| § | | |
| TOMMY THOMAS, *et al.*, § | | |
| Defendants. § | | |

## ORDER

Ray Love, a former state prisoner, filed the above-referenced civil rights case against Harris County Sheriff Tommy Thomas on April 1, 1997. The Court dismissed Love's case against Sheriff Thomas on July 30, 1997, after finding that his claims were frivolous. (Docket Entry No. 11). Numerous other cases filed by Love while he was incarcerated have been dismissed by the federal courts as frivolous or duplicitous.[1] Because of Love's history of harassment and his record of abusive behavior, he has been barred from entering the federal courthouse without prior written permission. (Docket Entry No. 19). Love has recently submitted an "Open Letter" to the Court and an "Emergency Motion" for leave to file a new lawsuit. (Docket Entry Nos. 22, 23). His Emergency Motion is **denied** for reasons set forth briefly below.

---

[1] *See Love v. Perry*, Civil Action No. 5:01-0099 (N.D. Tex. March 19, 2001); *Love v. State of Texas*, Civil Action No. 9:99-0305 (E.D. Tex. Sept. 11, 2000); *Love v. TDCJ*, Civil Action No. 9:99-0306 (E.D. Tex. Nov. 30, 1999); *Love v. State of Texas*, Civil Action No. 9:99-0312 (E.D. Tex. Nov. 30, 1999); *Love v. Perry*, Civil Action No. 9:99-0324 (E.D. Tex. Dec. 7, 1999); *Love v. State of Texas*, Civil Action No. 9:99-0349 (E.D. Tex. Jan. 26, 2000). At least one other case filed by Love has been dismissed as barred by 28 U.S.C. § 1915(g) because of his reputation for filing frivolous lawsuits. *See Love v. Leonard*, Civil Action No. 9:00-0141 (E.D. Tex. Aug. 25, 2000).

Love explains that "someone" has installed "several electrical plates" in his head that cause "extreme heat" when turned on, but can cause "instant death" when turned off. Love claims that unidentified parties keep "turning off [his] head" and attempting to cause his demise. Love also claims that the "Uranias Military" has abducted his "original family and friends," who have been taken to another galaxy.[2] Love alleges that he has been unable to get help from the "Harris County Psychiatric Center." Love complains further that he was kicked out of his "low-income S.S.I. disability" housing unit at the Parker Square Apartment complex after he complained that his "upstairs neighbors" were jumping on the stairs, causing him to suffer "brutal heart rhythms and deathly aches[.]" After one belligerent encounter with his neighbors and apartment management, the police were summoned pursuant to a "psych warrant" and pointed a "taser gun" at Love from downstairs as he stood looking out the window. Love claims that he was beaten by police and taken to a Harris County psychiatric facility, where he remained for several weeks. Love has not been allowed to return to the Parker Square Apartment complex. As a result, Love states that he has been homeless since 2005, and that he now resides in vacant buildings.[3]

Love seeks permission to file a new lawsuit against the Harris County Psychiatric Center and the Parker Square Apartments. In particular, he seeks an injunction against the "Housing Authority" and the provision of "emergency shelter." Presumably, he seeks leave

---

[2] As Love has explained previously, when he was released from prison in 2003 he discovered that his "family" was not his "real family." (Docket Entry No. 21). Love reports that his real family is "missing" and he would like an investigation.

[3] Love indicates that he is currently homeless, but living in a vacant building located at 7208 Lavender, Apartment B, Houston, TX 77016.

to pursue his claims *in forma pauperis*. Love seeks appointment of counsel and he also requests permission to come to the courthouse in person to explain his situation in person.

Like allegations raised by him previously, the claims referenced in Love's Open Letter and Emergency Motion are largely fantastic and delusional. (Docket Entry Nos. 22, 23). Accordingly, Love's proposed complaint appears frivolous. *See, e.g., Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Neitzke v. Williams*, 490 U.S. 319 (1989). In light of Love's history of abusing judicial resources, and his record of vexatious conduct, the Court denies his request for permission to proceed *in forma pauperis* and to file the proposed lawsuit. The plaintiff's requests for injunctive relief, for permission to come to the courthouse, and for appointment of counsel, as set forth in his Emergency Motion, are also denied.

Accordingly, it is **ORDERED** that the plaintiff's Emergency Motion and all the relief sought therein (Docket Entry No. 23) is **DENIED**.

The Clerk will provide a copy of this order to the address given by the plaintiff. **If necessary, court security personnel are authorized to serve a copy of this order on Love in person (using a USM 285 or other appropriate form) at the address he has provided.**

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on March 6, 2007.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

3